876

No. 336. UNITED STATES *v.* LANDSMAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Paul R. Harmel* for respondent.

No. 340. LEONARD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *John M. Hudson* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.

No. 341. WHITE CAP Co. *v.* OWENS-ILLINOIS GLASS Co. C. A. 6th Cir. Certiorari denied. *William H. Davis, George E. Faithfull, Raymond L. Greist* and *Paul Plunkett* for petitioner. *George I. Haight, Fred E. Fuller* and *Frank A. Harrington* for respondent.

No. 345. BOYD, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* MANGAOANG. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Stern* for petitioners. *Joseph Forer* for respondent.

No. 346. EVARTS *v.* ELOY GIN CORP. ET AL. C. A. 9th Cir. Certiorari denied. *Edward H. Foley* for petitioner.

No. 348. GEORGE KEMP REAL ESTATE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Alexander S. Andrews* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Marselli* for respondent.